# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Tyesha St. Clair  Cr.: 04-00902-001

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler

Date of Original Sentence: January 13, 2006

Original Offense: Conspiracy to Commit Identify Theft

Original Sentence: Five years probation, restitution in the amount of $120,000. Special conditions imposed: Six months home confinement, Financial Disclosure, No New Lines of Credit,

Type of Supervision: Probation  Date Supervision Commenced: January 13, 2006

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On January 13, 2006, the defendant was sentenced to a five year probationary term for Conspiracy to Commit Identify Theft. One of the conditions ordered by the Court included restitution in the amount of $120,000. The defendant had been unemployed throughout this time and had difficulty maintaining a stable residence. She is now residing at 816 Belmont Avenue in Brooklyn, New York with her daughter and is now enrolled at ASA Institute studying Network Administration. Mrs. St. Clair has agreed to begin making payments at a rate of $25 per month, starting September 1, 2007.

She has refrained from new criminal behavior and tested negative for substance abuse. |

U.S. Probation Officer Action:

Request no action be taken at this time.

Respectfully submitted,

By: Edwin Vazquez
Senior U.S. Probation Officer
Date: September 28, 2007

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

No action

Signature of Judicial Officer

10/29/07
Date